IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGG HILL, | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 3:24-CV-0004-N-BK |
| EDGARDO GARCIA *et al.*, | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that Valerie Ann Yanaros hereby enters her appearance as attorney of record for Plaintiff, **Gregg Hill**, in all further proceedings in this cause of action and requests that all future notices from the Court, copies, and pleadings sent to the parties in interest be sent to the following:

Valerie Yanaros, Esq.
Texas Bar No. 24075628
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

Date: February 5, 2025,

Respectfully submitted,

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s Valerie Yanaros, Esq.*
Valerie Yanaros, Esq.