IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGG HILL, | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 3:24-CV-0004-N-BK |
| EDGARDO GARCIA *et al.*, | § | |
| Defendants. | § | |

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, by and through undersigned counsel, respectfully moves this Court for a two-week extension of time to file a response to Defendants' Motion to Dismiss. In support of this Motion, Plaintiff states as follows:

1. Defendants filed their Motion to Dismiss ("MTD") on December 17, 2024. On January 27, 2025 this Court granted Plaintiffs an extension to respond to the MTD.

2. Plaintiff's current deadline to respond is February 10, 2025.

3. Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its

extension expires." This motion is being filed before the February 10, 2025 deadline to respond to the MTD.

4. Good cause exists to extend the deadline. Undersigned counsel, Valerie Yanaros, appeared in this matter yesterday, February 5, 2024, and requires additional time to familiarize herself with the case record, Defendants' Motion to Dismiss, and relevant legal issues.

5. Plaintiff requests a two-week extension, up to and including February 24, 2025, to file its response.

6. Defendants will not suffer any prejudice as a result of this delay and there are no current deadlines that would be adversely affected by this extension

7. Pursuant to Local Rule 7.1, undersigned counsel conferred with opposing counsel, J. Cheves Ligon, on February 5, 2025, and he indicated that Defendants are unopposed to the requested extension.

8. This request is made in good faith and not for the purpose of delay, and no party will be prejudiced by the extension.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Unopposed Motion for Extension of Time and extend the deadline for Plaintiff to file its response to Defendants' Motion to Dismiss up to and including February 24, 2025.

Date: February 6, 2025,

Respectfully submitted,

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s Valerie Yanaros, Esq.*
Valerie Yanaros, Esq.

**CERTIFICATE OF CONFERENCE**

I hereby certify that on February 5, 2025, I conferred with opposing counsel, J. Cheves Ligon, and he indicated that Defendants do not oppose the relief requested in this motion.

*/s Valerie Yanaros, Esq.*
Valerie Yanaros, Esq.