IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGG HILL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-0004-N-BK |
| | § | |
| EDGARDO GARCIA *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

The Defendants submit the following proposed scheduling order:

**ORDER-QUALIFIED IMMUNITY**

Considering the inclusion of qualified immunity, the Court Orders the following deadlines. Unless otherwise ordered or specified, herein, all limitations and requirements of the Federal Rules of Civil Procedure, as amended, must be observed.

1. **This Order shall control the disposition of this case at this stage**. The deadlines set forth in this Order may be extended only by formal written motion to the Court and only upon showing of good cause.

2. **All discovery and other case deadlines in this case are stayed subject to the qualification of this Order described below**. *Wicks v. Miss. State Emp't Servs.,* 41 F.3d 991, 994-95 (5th Cir. 1995).

3. If Plaintiff has not previously done so, Plaintiff is ordered to file a Rule 7(a) reply to all assertions of qualified immunity within **30 days** of the date of this Order.

4. Any motion to dismiss asserting qualified immunity by any Defendant must be filed within **30 days** of the date of Plaintiff's Rule 7(a) reply. If Defendant(s) choose not to file a motion to dismiss by this deadline, Defendant(s) must file a notice with the Court by the deadline specifying the decision and informing the Court whether Defendant(s) intends to file a motion for summary judgment asserting qualified immunity.

5. A motion for summary judgment on the basis of qualified immunity must be filed within sixty (60) days of either the Court's disposition of any motion to dismiss or the notice filed by Defendant(s) concerning the intent to move for summary judgment.

6. If any Defendant moves for summary judgment on the basis of qualified immunity, a party may file a motion for leave to conduct limited discovery in order to respond to the qualified immunity issues. Any such motion for leave to conduct limited discovery to respond to the qualified immunity issues must be filed within **fourteen (14)** days of either the Court's disposition

of any motion to dismiss or the notice filed by Defendant of his intent to move for summary judgment. Any response to a motion for leave to conduct limited discovery must be filed within **seven (7) days** of such motion. There shall be no reply unless the Court orders otherwise. Any such motion for leave to conduct limited discovery must specifically address how the discovery is narrowly tailored to uncover only those facts needed for the Court to rule on the qualified immunity defense.

Signed November 14, 2025.

David C. Godbey
Senior United States District Judge