IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGG HILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-0004-N |
| | § | |
| EDGARDO GARCIA., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court previously granted Defendants Edgardo Garcia, James Keteltas, Jose Hernandez, Derek Gaffiney, and Marcos Ortiz's (collectively "Defendants") motion to dismiss for failure to state a claim. Mem. Op. and Order 14 [37]. The Court gave Plaintiff Gregg Hill thirty days from the date of the Order to file an amended complaint. Thirty days have passed, and Hill has not filed an amended complaint, nor asked for an extension or leave. It is, therefore, ordered that Hill's claims are dismissed with prejudice.

Signed March 23, 2026.

David C. Godbey
Senior United States District Judge