IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGG HILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-0004-N |
| | § | |
| EDGARDO GARCIA, *et. al*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

By separate Memorandum Opinion and Order ("Order") dated Nov. 18, 2025, this Court granted Defendants Edgardo Garcia, James Keteltas, Jose Hernandez, Derek Gaffiney, and Marcos Ortiz's (collectively "Defendants") motion to dismiss for failure to state a claim. The Court gave Plaintiff Gregg Hill thirty days from the date of the Order to file an amended complaint. Thirty days have passed and Hill has not filed an amended complaint, nor requested an extension or leave. It is, therefore, ordered that Hill take nothing by his claims, and his claims are dismissed with prejudice. Court costs are taxed against Hill. All relief not expressly granted is denied. This is a final judgment.

Signed March 23, 2026.

David C. Godbey
Senior United States District Judge